# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ART PRADO,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>K. MENDOZA-POWERS,<br>Acting Warden,<br><br>　　　　　　Respondent. | Case No. CV 06-6221-GW (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition for Writ of Habeas Corpus and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on Petitioner.
3 DATED: April 10, 2009

_____
GEORGE H. WU
United States District Judge